DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. WASHINGTON

No. 356P82.

Case below: 57 N.C. App. 309.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 August 1982.

STATE v. WHALEY

No. 416P82.

Case below: 58 N.C. App. 233.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 25 August 1982.

STATE v. WILSON

No. 402P82.

Case below: 57 N.C. App. 444.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 25 August 1982.

TALAFERRO v. WRIGHT

No. 272P82.

Case below: 56 N.C. App. 643.

Petition by third-party defendant for discretionary review under G.S. 7A-31 denied 3 August 1982.

TECH LAND DEVELOPMENT v. INSURANCE CO.

No. 351P82.

Case below: 57 N.C. App. 566.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 August 1982.